PER CURIAM.[1]
This Court granted the State’s writ application to review the ruling of Judge Laurie A. White, ordering Judge Frank A. Marullo, Jr. to testify at an evidentiary hearing on defendant’s motion to recuse Judge Marullo from presiding over post conviction relief proceedings in this matter.
After considering the briefs and hearing argument of counsel, we find that Judge White did not abuse her discretion in ordering the testimony of Judge Marullo at the recusal hearing.
AFFIRMED AND REMANDED FOR FURTHER PROCEEDINGS.
KNOLL, J., Justice, dissents and assigns reasons.

. Retired Judge Philip C. Ciaccio, assigned as Justice ad hoc, sitting for Chief Justice Catherine D. Kimball.